THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* CLARENCE L. FISHER et al., Respondents.

*Real property — title — eminent domain — acquisition by state of land for " Forest Preserve "— consent of governor required by statute must be matter of record and not rest in parol — where consent was merely oral proceeding without jurisdiction and title does not vest.*

*People* v. *Fisher,* 189 App. Div. 148, affirmed.

(Argued May 8, 1922; decided May 31, 1922.)

APPEAL from a judgment, entered May 23, 1921, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The action was brought under sections 1496–1524 of the Code of Civil Procedure to obtain a judicial determination as to the validity of the state's title to land in Herkimer county appropriated under chapter 130 of the Laws of 1908 for the " Forest Preserve." The statute in question (section 44) provides: " Lands shall not be purchased or acquired  *  *  *   except with the consent of the governor." The Appellate Division held that this consent should be a matter of record, and not rest in parol and where the proceeding was instituted upon mere oral consent of the governor it was without jurisdiction and title did not vest.

*Charles D. Newton, Attorney-General (A. F. Jenks* of counsel), for appellant.

*Elon R. Brown* and *Henry Purcell* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.